IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER,<br><br>    Plaintiff,<br><br>  v.<br><br>NOKIA, INC.,<br><br>    Defendant.<br>_____/ | No. C-09-1247 MMC<br><br>**ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On August 21, 2009, defendant filed a motion to dismiss and a declaration in support thereof. Defendant has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Defendant is hereby advised that if it fails in the future to comply with General Order 45 and the Court's Standing Order to provide chambers copies of electronically-filed

1  documents, the Court may impose sanctions, including, but not limited to, striking from the
2  record any electronically-filed document of which a chambers copy has not been timely
3  provided to the Court.
4      **IT IS SO ORDERED.**
5
6  Dated: August 31, 2009
                                          _____
7                                          MAXINE M. CHESNEY
                                          United States District Judge