IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER, | No. C-09-1247 MMC |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| NOKIA, INC., | |
| Defendant / | |

Before the Court is defendant Nokia, Inc.'s Motion to Dismiss Gregory Bender's Amended Complaint for Failure to State a Claim, filed August 21, 2009. Plaintiff Gregory Bender has filed opposition to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for September 25, 2009.

**IT IS SO ORDERED.**

Dated: September 18, 2009

MAXINE M. CHESNEY
United States District Judge