1  David N. Kuhn – State Bar No. 73389
   Attorney-at-Law
2  144 Hagar Avenue
   Piedmont, CA 94611
3  Telephone:(510)653-4983
   E-mail: dnkuhn@pacbell.net
4  Attorney for plaintiff Gregory Bender

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11
   GREGORY BENDER,                    ) Case No. C 09-01247 MMC
12                                     )
                          Plaintiff, ) SECOND AMENDED COMPLAINT FOR
13 vs.                                 ) PATENT INFRINGEMENT; AND
                                       ) DEMAND FOR JURY TRIAL
14 NOKIA INC., a Delaware              )
   corporation,                        )
15                                     )
                          Defendant. )
16 _____)

17
        Plaintiff Gregory Bender, through counsel, hereby further
18
   amends his amended complaint against Nokia Inc. so that, as so
19
   further amended, it alleges as follows:
20
                      JURISDICTION AND VENUE
21
        1. This is an action for patent infringement arising under
22
   the patent laws of the United State of America (Title 35 of the
23
   United States Code) and the Court has subject matter jurisdiction
24
   over this action pursuant to 28 U.S.C. Sections 1331 and 1338(a).
25

26

2. Venue is proper in this judicial district pursuant to 28 U.S.C. 1391(b) and (c) and 1400(b).

INTRADISTRICT ASSIGNMENT

3. This patent action is an excepted category pursuant to Local Rule 3-2(c), Assignment of a Division, to be assigned on a district-wide basis.

THE PARTIES

4. Plaintiff Gregory Bender is an individual whose residence is in San Jose, California.

5. Defendant Nokia Inc. ("Nokia") is a Delaware corporation with its principal place of business situated in Irvine, Texas.

THE PATENT-IN-SUIT

6. On April 9, 1992, United States Patent Number 5,103,188 (the "'188 Patent") entitled "Buffered Transconductance Amplifier" issued to plaintiff Gregory Bender and since that date the plaintiff has been and still is the owner of the '188 Patent and of all right of recovery for damages thereunder. A copy of the '188 Patent is attached hereto as Exhibit 1.

FIRST CAUSE OF ACTION
(Infringement of the '188 Patent)

7. Plaintiff realleges and incorporates by this reference thereto the allegations set forth in paragraphs 1 through 6.

8. On information and belief, in violation of 35 U.S.C. Section 271, et seq., Nokia has performed acts and performs acts that infringe, and induce others (specifically, and without limitation, Broadcom Corporation, Infineon Technologies Corp.,

Qualcomm Incorporated, and ST-Ericsson Inc., and/or affiliates thereof) to infringe, one or more of the claims of the '188 Patent (including, without limitation, claims 8-14 and 29-46) by making, using, offering for sale, and/or selling in the United States of America, and/or importing into the United States of America, products that consist of, comprise, and/or contain at least one circuit, silicon or otherwise, which contains and/or utilizes at least one buffered transconductance amplifier (commonly known in the analog electronics industries as a "current feedback amplifier," a "high-gain current feedback amplifier," or a "voltage feedback amplifier" as the case may be) and/or by practicing related methods embodying inventions claimed therein, which such products include, without limitation, cell phones, computers, network drivers, high definition television sets, ultrasound machines, MRI machines, lab equipment, arbitrary waveform generators, audio amplifiers, video amplifiers, hard disc drives, ADC/DAC converters, DVD-RW players, DSL modems, CCD cameras, satellite communication technology, and other products where high performance, high speed analog circuits are used, and/or components thereof; such products include, without limitation, so-called Nokia "mobile devices," and families thereof, as the same are described and defined by Nokia Corporation in the Form 20-F Annual Reports filed by Nokia Corporation with the Securities and Exchange Commission from March 2003 to present and marketed in the United States of

1   America and all products made by third parties pursuant to and in

2   accordance with the direction and order, and for the use, of

3   Nokia.

4        9. On information and belief, Nokia has known of the '188

5   Patent and has pursued its knowing and willful infringement

6   thereof in flagrant disregard of the rights of the plaintiff

7   thereunder.

8        10. On information and belief, such conduct described in

9   paragraphs 8 and 9 constitutes willful infringement.

10       11. Plaintiff has been damaged by such infringement.

11        WHEREFORE, Plaintiff prays for judgment as follows:

12       A. For an accounting and award for damages resulting from

13  the infringement by the defendant and a trebling of such damages

14  because of the knowing, willful, and wanton nature of such

15  infringement;

16       B. For interest on the damages computed;

17       C. For a determination that this is an exceptional case and

18  an award of attorney's fees and costs and expenses in this

19  action; and

20       D. For such other and further relief as the Court deems just

21  and proper.

22

23

Dated: October 22, 2009                _____/S/_____
24  Piedmont, California         David N. Kuhn, Counsel for Plaintiff

25

26

DEMAND FOR JURY TRIAL

Plaintiff respectfully requests a jury trial as to all issues triable thereby.

Dated: October 22, 2009                    _____/S/_____
Piedmont, California                       David N. Kuhn