| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900 | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510)653-4983<br>E-mail: dnkuhn@pacbell.net<br><br>Attorney for plaintiff Gregory Bender |

Attorneys for Defendant Nokia Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>         Plaintiff,<br><br>    v.<br><br>Nokia Inc.,<br><br>         Defendant. | Case No. C09-01247 (MMC)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 6-1(b) and 6-2, the parties in the above-captioned action through their respective counsel hereby submit this stipulated request that the Court reschedule the initial Case Management Conference, currently scheduled for December 4, 2009 at 10:30 a.m., for December 11, 2009 at 10:30 a.m., or as soon thereafter as the Court's schedule may allow.

WHEREAS, pursuant to the October 2, 2009, docket entry in the above-titled action, the Initial Case Management Conference in this action is currently scheduled for December 4, 2009, at 10:30 a.m. in the San Francisco Division of the Northern District of California.

WHEREAS, hearings on two motions to dismiss are scheduled to be heard on the same day, December 4, 2009, at 9:00 a.m. in the San Jose Division of the Northern District of California in *Bender v. LG Electronics U.S.A., Inc. et al*, C.A. No. 09-02114-JF, a case in this district involving the same plaintiff alleging infringement of the same patent as in the current case against different defendants. The Plaintiff in both lawsuits is represented by the same counsel,

one of the moving parties in the *Bender v. LG* case is represented by counsel for the Defendant in the present action, and the other moving party in the *Bender v. LG* case is represented by unrelated counsel.

WHEREAS, the parties believe that in the interests of efficiency and of avoiding possible conflict, the Initial Case Management Conference should be continued in favor of the hearing in *Bender v. LG*, which involves the greater number of parties than the Case Management Conference in the current action.

THE PARTIES HEREBY SUBMIT THE STIPULATED REQUEST THAT:

The Initial Case Management Conference in this action be continued to December 11, 2009, at 10:30 a.m., or as soon thereafter as the Court's schedule may allow.

Respectfully submitted,

Dated: November 24, 2009    Jones Day

By:  /s/ Gregory Lippetz
Greg L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Counsel for Defendant Nokia Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

| | |
|---|---|
| Dated: November 24, 2009 | By: _____/s/ David Kuhn_____<br>David N. Kuhn<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, California 94611<br>Telephone: (510) 653-4983<br><br>Counsel for Plaintiff Gregory Bender |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** The Case Management Conference is hereby CONTINUED to December 11, 2009. The parties shall submit a Joint Case Management Statement no later than December 4, 2009.

DATED: __November 25__, 2009         By: *[signature]*
                                                                       The Hon. Maxine M. Chesney
                                                                       United States District Court Judge