1  Greg L. Lippetz (State Bar No. 154228)
   glippetz@jonesday.com
2  Cora L. Schmid (State Bar No. 237267)
   JONES DAY
3  1755 Embarcadero Road
   Palo Alto, CA 94303
4  Telephone:   650-739-3939
   Facsimile:   650-739-3900
5
   Attorneys for Defendant Nokia Inc.
6

   David N. Kuhn (State Bar No. 73389)
   Attorney-at-Law
   144 Hagar Avenue
   Piedmont, CA 94611
   Telephone: (510) 653-4983
   E-mail: dnkuhn@pacbell.net

   Attorney for plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Nokia Inc.,<br><br>　　　　Defendant. | Case No. C09-01247 MMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING DEADLINE<br>FOR INVALIDITY CONTENTIONS** |

　　　　Plaintiff Gregory Bender ("Plaintiff") and Defendant Nokia Inc, ("Defendant"), through their respective counsel, hereby make the following stipulation with regards to Defendant's invalidity contentions.

　　　　WHEREAS, Plaintiff served his infringement contentions on January 8, 2010.

　　　　WHEREAS, on February 3, 2010, Defendant informed Plaintiff that Defendant believes the infringement contentions do not comply with Patent L.R. 3-1, that Defendant intends to seek Court resolution of this issue including a stay of Defendant's invalidity contention and document production obligations, and that Defendant requests a meet and confer between the parties to discuss the issue.

　　　　WHEREAS, Plaintiff has not yet been available to meet and confer on this issue.

　　　　WHEREAS, the parties have agreed to stay Defendant's invalidity contention and document production obligations pending the resolution of this matter.

THE PARTIES HEREBY STIPULATE THAT:

Defendant's obligations under Patent L.R. 3-3 and 3-4 and any other obligations to produce technical documents shall be stayed until 45 days after the resolution of the parties' dispute regarding the sufficiency of Plaintiff's infringement contentions.

Respectfully submitted,

Dated: February 18, 2010    Jones Day

By: ____/s/ Gregory Lippetz_____
Greg L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    650-739-3939
Facsimile: 650-739-3900

Counsel for Defendant Nokia Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: February 18, 2010    By: _____/s/ David Kuhn_____
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: __February 19__, 2010    By: _/s/ Maxine M. Chesney_____
THE HON. MAXINE M. CHESNEY
United States District Court Judge