| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900 | David N. Kuhn (State Bar No. 73389)<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510) 653-4983<br>E-mail: dnkuhn@pacbell.net<br><br>Attorney for plaintiff Gregory Bender |

Attorneys for Defendant Nokia Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Nokia Inc.,<br><br>　　　　Defendant. | Case No. C09-01247 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RESCHEDULING CASE**<br>**MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 16-2(e), Defendant Nokia Inc. ("Defendant") and Plaintiff Gregory Bender ("Plaintiff") through their respective counsel, hereby request the Court change the date for the Further Case Management Conference currently scheduled for March 19, 2010, to May 7, 2010, or anytime thereafter.

WHEREAS, pursuant to the December 11, 2009 Order After Hearing in this action (D.I. 37), a Further Case Management Conference in this action is scheduled for March 19, 2010, at 10:30 a.m.

WHEREAS, Plaintiff served his infringement contentions in this action on January 8, 2010.

WHEREAS, the parties disagree regarding the sufficiency of Plaintiff's infringement contentions, and Defendant intends to file a motion to resolve this dispute.

| | |
|---|---|
| 1 | WHEREAS, the outcome of the parties' dispute regarding infringement contentions will |
| 2 | impact the schedule for this case, which is to be discussed at the Further Case Management |
| 3 | Conference. |
| 4 | WHEREAS, in the interests of efficiency and of avoiding potentially unnecessary |
| 5 | expenses, the parties believe that the Further Case Management Conference that is currently |
| 6 | scheduled for March 19, 2010, should be rescheduled to May 7, 2010, or anytime thereafter. |

THE PARTIES HEREBY STIPULATE THAT:

The Further Case Management Conference in this action that is currently scheduled for March 19, 2010, at 10:30 a.m. is continued to May 7, 2010, at 10:30 a.m., or anytime thereafter.

Dated: March 12, 2010   Respectfully submitted,

Jones Day

By: ___/s/ Gregory Lippetz___
Greg L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Counsel for Defendant Nokia Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: March 12, 2010   By: ___/s/ David Kuhn___
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
2 | The Case Management Conference is CONTINUED to May 7, 2010. A Joint Case Management Statement shall be filed no later than April 30, 2010.
3 | DATED: _March 15_____, 2010          By: _____
4 |                                                                                      THE HON. MAXINE M. CHESNEY
                                                                                          United States District Court Judge

SVI-78684v1