IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY BENDER,

    Plaintiff,

  v.

NOKIA INC.,

    Defendant

No. C 09-1247 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO STRIKE INFRINGEMENT CONTENTIONS OR IN THE ALTERNATIVE TO COMPEL INFRINGEMENT CONTENTIONS**

    Pursuant to Civil Local Rule 72-1, defendant Nokia Inc.'s "Motion to Strike Infringement Contentions or in the Alternative to Compel Infringement Contentions that Comply with Patent L.R. 3-1," filed April 2, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.[1]

    **IT IS SO ORDERED**.

Dated: April 5, 2010

    MAXINE M. CHESNEY
    United States District Judge

---

[1] The May 7, 2010 hearing before the undersigned is VACATED.