| | |
|---|---|
| 1 | Greg L. Lippetz (State Bar No. 154228) | David N. Kuhn (State Bar No. 73389) |

1   Greg L. Lippetz (State Bar No. 154228)     David N. Kuhn (State Bar No. 73389)
glippetz@jonesday.com                  Attorney-at-Law
2   Cora L. Schmid (State Bar No. 237267)     144 Hagar Avenue
JONES DAY                           Piedmont, CA 94611
3   1755 Embarcadero Road            Telephone: (510) 653-4983
Palo Alto, CA 94303               E-mail: dnkuhn@pacbell.net
4   Telephone:   650-739-3939
Facsimile:    650-739-3900          Attorney for Plaintiff Gregory Bender
5

6   Attorneys for Defendant Nokia Inc.

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12   Gregory Bender,                Case No. C09-01247 MMC

13            Plaintiff,         **STIPULATION AND [PROPOSED]**
                                   **ORDER REGARDING SELECTED**
14           v.                    **ADR PROCESS**

15   Nokia Inc.,

16           Defendant.

17

18        Plaintiff Gregory Bender ("Plaintiff") and Defendant Nokia Inc, ("Defendant"), through

19   their respective counsel, hereby make the following stipulation:

20        WHEREAS, on October 2, 2009, the parties filed a Stipulation and Proposed Order

21   Selecting ADR Process, which selected Court Mediation Process under ADR L.R. 6. (D.I. 28).

22        WHEREAS, on October 6, 2009, the Court granted the proposed order and referred the

23   parties to Court Mediation Process. (D.I. 30).

24        WHEREAS, the parties now wish to change the designated ADR process to private

25   mediation.

26   THE PARTIES HEREBY STIPULATE THAT:

27        (1) This case will be removed from the Court Mediation Process.

28

1    (2) The parties instead stipulate to private mediation with mediator Randall Wulff of

2    Wulff, Quinby & Sochynsky or, if Mr. Wulff is unavailable and both parties agree on a different

3    mediator, with a different mediator.

4    (3) The private mediation will be completed by 90 days following the issuance of the

5    claim construction order in this action.

6                                        Respectfully submitted,

7    Dated:  April 1, 2010               Jones Day

8

9                                        By:      /s/ Gregory Lippetz

10                                            Greg L. Lippetz
                                             State Bar No. 154228
11                                           JONES DAY
                                             Silicon Valley Office
12                                           1755 Embarcadero Road
                                             Palo Alto, CA  94303
13                                           Telephone:      650-739-3939
                                             Facsimile:      650-739-3900

14                                       Counsel for Defendant Nokia Inc.

15

16           In accordance with General Order No. 45, Section X(B), the above signatory attests that

17   concurrence in the filing of this document has been obtained from the signatory below.

18

19   Dated: April 1, 2010               By:        /s/ David Kuhn

20                                            David N. Kuhn
                                             Attorney-at-Law
21                                           144 Hagar Avenue
                                             Piedmont, California 94611
22                                           Telephone:      (510) 653-4983

23                                       Counsel for Plaintiff Gregory Bender

24   **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

25

26   DATED:  ___April 6_____, 2010     By:_____

27                                           THE HON. MAXINE M. CHESNEY
                                             United States District Court Judge

28   SVI-78472v1