```
David N. Kuhn – State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01247 MMC (MEJ) |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE CASE |
| vs. | ) MANAGEMENT CONFERENCE |
| | ) |
| NOKIA, INC., a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

In light of the agreement in principle reached by the parties hereto as to full settlement of the above-captioned case, the parties hereto, through counsel, hereby stipulate that the case management conference currently scheduled for September 17, 2010, at 10:30 a.m. may be continued to December 17, 2010, at 10:30 a.m. or to such other time as the Court may determine.

Dated: September 9, 2010    JONES DAY, Counsel for defendant
                            By_/S/ Gregory L. Lippetz_____

Dated: September 9, 2010    _____/S/_____
                            David N. Kuhn, Counsel for plaintiff

Page 1

1
2  I, David N. Kuhn, attest that I am the ECF user whose log-in and
   password are being used to e-file this Stipulation and that
   concurrence in the filing of this document has been obtained from
3  JONES DAY, counsel for the defendant.

4  Executed on September 9, 2010              _____/S/_____
   PIEDMONT, CALIFORNIA                                David N. Kuhn
5

6

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8
   DATED: _September 10, 2010_              _____
9                                            Hon. Maxine M. Chesney
                                             United States District Judge
10