David N. Kuhn – State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>NOKIA, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No. C 09-01247 MMC (MEJ)<br>**ORDER ON** STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　In light of the agreement reached by the parties hereto as to full settlement of the above-captioned case, the parties hereto, through counsel, hereby stipulate, in order to execute and implement the terms and conditions of settlement, that the case management conference currently scheduled for December 17, 2010, at 10:30 a.m. may be continued to March 18, 2011, at 10:30 a.m. or to such other time as the Court may determine.

Dated: December 3, 2010　　　　　_____/S/_____
　　　　　　　　　　　　　　　　David N. Kuhn, Counsel for plaintiff
Dated: December 3, 2010　　JONES DAY, Counsel for defendant
　　　　　　　　　　　　　　　By_/S/ Gregory L. Lippetz_____

Page 1

I, David N. Kuhn, attest that I am the ECF user whose log-in and password are being used to e-file this Stipulation and that concurrence in the filing of this document has been obtained from JONES DAY, counsel for the defendant.

Executed on December 3, 2010 _____/S/_____
PIEDMONT, CALIFORNIA                            David N. Kuhn

PURSUANT TO STIPULATION, IT IS SO ORDERED. The case management conference currently scheduled for December 17, 2010 is hereby continued to March 18, 2011, at 10:30 a.m.

DATED: December 8, 2010                  _____
                                          Hon. Maxine M. Chesney
                                          United States District Judge