| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900<br><br>Attorneys for Defendant Nokia, Inc. | David N. Kuhn (State Bar No. 73389)<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510) 653-4983<br>E-mail: dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>                              Plaintiff,<br><br>     v.<br><br>Nokia, Inc.,<br><br>                              Defendant. | **CASE NO. C 09-01247 MMC (MEJ)**<br><br>**STIPULATION OF DISMISSAL OF ACTION, WITH PREJUDICE; AND [PROPOSED] ORDER** |

Plaintiff Gregory Bender and Defendant Nokia, Inc. hereby inform the Court that they have reached definitive agreement on the terms of dismissal, with prejudice, of all claims of the parties in this action and hereby submit this Stipulation of Dismissal of Action, With Prejudice; and [Proposed] Order.

Pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, the parties hereto hereby stipulate to dismiss, WITH PREJUDICE, all claims of the parties in this action, with each party to bear his/its own costs, expenses, and attorney's fees.

SO STIPULATED.

/

/

/

/

Dated: February 7, 2011                Respectfully submitted,

                                       Jones Day


                                       By:        /s/ Greg L. Lippetz
                                           Greg L. Lippetz
                                           State Bar No. 154228
                                           JONES DAY
                                           Silicon Valley Office
                                           1755 Embarcadero Road
                                           Palo Alto, CA  94303
                                           Telephone: 650-739-3939
                                           Facsimile: 650-739-3900

                                       Counsel for Defendant Nokia, Inc.


In accordance with General Order No. 45, Section X(B), the signatory below attests that concurrence in the filing of this document has been obtained from the signatory above.


Dated: February 7, 2011                By:        /s/ David N. Kuhn
                                           David N. Kuhn
                                           Attorney-at-Law
                                           144 Hagar Avenue
                                           Piedmont, California 94611
                                           Telephone: (510) 653-4983

                                       Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: _February 9____, 2011           By: _[signature: Maxine M. Chesney]_
                                           THE HON. MAXINE M. CHESNEY
                                           United States District Court Judge